

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

22-10183

DEBTOR(S):

ANGELA CEPHAS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $2,165.78

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/22/2022