IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                              :      Chapter 13


Charlie Stratton                    :      Case No. 22-10808-MDC
xxx-xx-2795



        Debtor




ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

     The future earnings of the above named Debtor is subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the Debtor's plan.

     IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct
from the wages of the Debtor, beginning with the next pay period after
receipt of the Order the sum of

                    $325.00 EVERY TWO WEEKS.

     The Employer shall continue these deductions until further Order of this
Court and shall remit all monies withheld from the Debtor's wages at least
monthly, or more frequently to the Standing Trustee whose name and address
appear below


                                                        July 15, 2022
_____
MAGDELINE D. COLEMAN                          DATED:
CHIEF U.S. BANKRUPTCY JUDGE


Make checks payable to:          David M. Offen Esq.
Kenneth E. West, Trustee         Suite 160 West, Curtis Ctr.
P.O. Box 1799                    Philadelphia, PA 19106
Memphis, TN  38101-1799          (215) 625-9600


Payroll Controller
Resources for Human Development
4700 Wissahickon Avenue, Suite 126
Philadelphia, PA 19144