**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Angela Cephas | : | Chapter 13 |
| | : | Case No. 22-10183-ELF |
| Debtor(s) | : | |

**RESPONSE TO THE MOTION FOR RELIEF OF AUTOMATIC STAY
FILED BY PENNYMAC LOAN SERVICES, LLC.**

Debtor, Angela Ortiz, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by PNC Bank, National Assocation hereby submits the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor avers payments were not properly applied.

7. Debtor opposes the same.

8. Denied. Debtor requests strict proof of the same.

9. Denied.

10. No response required.

WHEREFORE, Debtor, by and through the undersigned counsel, respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

|  |  |
|---|---|
|  | /s/ Brad J. Sadek, Esq. |
|  | _____ |
| Dated: August 16, 2022 | Brad J. Sadek, Esq. |
|  | Attorney for the Debtor |
|  | Sadek & Cooper |
|  | 1500 JFK Boulevard Suite #220 |
|  | Philadelphia, PA 19102 |
|  | (215) 545-0008 |

---

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Notice

**Rebecca A. Solarz, Esq.**
Attorney for Movant *PNC Bank, National Association*
Electronic Notice to *bkgroup@kmllawgroup.com*


Dated: August 16, 2022                                  /s/Brad J. Sadek, Esq
                                                                      Brad J. Sadek, Esq.
                                                                      Attorney for Debtor
                                                                      1500 JFK Boulevard Suite #220
                                                                      Philadelphia, PA 19102