IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Angela Cephas | : | |
| | : | Case No.: 22-10183-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: October 12, 2022                                /s/ Brad J. Sadek, Esquire
                                                                                                 Brad J. Sadek, Esquire
                                                                                                 Sadek and Cooper Law Offices, LLC
                                                                                                 1500 JFK Boulevard, Suite #220
                                                                                                 Philadelphia, Pa 19102
                                                                                                 215-545-0008