# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10183-ELF

ANGELA CEPHAS

69 BARTRAM AVENUE

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGELA CEPHAS

    69 BARTRAM AVENUE

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                            /S/ Kenneth E. West

Date: 2/9/2023                            _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee